# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JOSEPH CULLIS,**

v.

**TESLA, INC., ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–00798–DAD–SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/19/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **November 19, 2024**

by: /s/ O. Mendez Licea
Deputy Clerk